**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

IN RE SYNCHRONY FINANCIAL
SECURITIES LITIGATION

Civil Number 3:18cv01818 (VAB)

## JUDGMENT

This matter having come on for consideration of the defendants' motion to dismiss Securities Class Action doc.#98, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendants' motion with prejudice. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendants, Synchrony Financial, Margaret M. Keane, Brian D. Doubles, Thomas M. Quindlen, David Melito, Paget Alves, Arthur Coviello, Jr., William Graylin, Roy Guthrie, Richard Hartnack, Jeffrey Naylor, Laurel Richie, Olympia Snowe, Barclays Capital Inc., Mizuho Securities USA LLC, Morgan Stanley & Co. LLLC, TD Securities (USA) LLC, Blaylock Van, LLC, Castleoak Securities, L.P., Mischler Financial Group, Inc., R. Seelaus & Co., Inc., and The Williams Capital Group, L.P. and the case is closed.

Dated at Bridgeport, Connecticut this 31st day of March, 2020.

ROBIN D. TABORA, Clerk

By: /s/__________
Jazmin Perez
Deputy Clerk

EOD: 3/31/2020